Let's call the next matter. Shmuel Erdek, Shmuel Erdek, Appellant in Pro Se, Pro Firth. You will have to read the arguments pertaining to Case No. 16-1910-83. Thank you, sir. Good morning, Your Honors. Good morning. Shmuel Erdek, Appellant in Pro Se. This is a relatively simple case. To make a living, I became a loan broker. A couple of years ago, I arranged a loan of $5.7 million for Janet Jackson. It was done in cooperation with several other brokers. I was promised one point of the loan amount if the loan closes. And instead of $57,000 commission, as I was promised, I received only $5,000. Initially, I considered filing a lawsuit in the Superior Court because this is not a bankruptcy case. Later on, for other reasons, I decided to file a bankruptcy case in 2018. So that claim for $52,000, 57 minus 5, became property of the state. So I filed an adversary case in the bankruptcy case, the 2018 bankruptcy case. Some parts of that case were dismissed. Some parts of the bankruptcy court allowed me to amend the complaint and file it again. Before that case was properly litigated on the merits, the bankruptcy case itself was dismissed. And the court, I filed an appeal. And the court made a decision also about the week, the court, I mean the panel, about a week ago. That's a different matter, but the bankruptcy court then dismissed my claim regarding the commission on the grounds that the case was moot because the bankruptcy case was dismissed. Without arguing the issues in dismissing the bankruptcy case, I believe, as related to the adversary case regarding the commission, I believe the bankruptcy case was dismissed prematurely because there were still assets that were not litigated and resolved. The claim for the commission was dismissed as moot, not on the merits. So I'm not sure how the panel can resolve that issue. Perhaps the panel should stay resolving the commission adversary case until a decision is made about the bankruptcy case itself. Yes, the panel decided to affirm the bankruptcy court dismissal of the case. I'm planning to file a motion for reconsideration based on errors that I believe were made in the decision. So if the panel can stay decision about this particular case, that's 191083, that might avoid extra complications and extra processing and decision. Thank you.
judges: Taylor, Spraker, Gan